

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2023

No. 04-23-00108-CV

Curtis T. **WILLIAMS**,
Appellant

v.

Larmetrice **NUNNALLY-WILLIAMS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13598
Honorable Angelica Jimenez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is dismissed for want of jurisdiction. Costs are taxed against Appellant.

It is so **ORDERED** on April 26, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court